FILED

OCT 2 6 2015

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) No. **4:15CR00486 HEA** |
| BLISS BARBER WORRELL,<br>Defendant. | ) <br> ) <br> ) |

## INFORMATION

The United States Charges that:

### COUNT 1

On or between July 23, 2014, through July 24, 2014, within the Eastern District of
Missouri,

### BLISS BARBER WORRELL,

while acting in her capacity as a prosecutor for the St. Louis Circuit Attorney's Office, and while
knowing that a felony cognizable by a court of the United States had occurred, failed to notify
authorities of the felony; and took an affirmative step to conceal the felony.  That is, defendant
Bliss Barber Worrell knew that an officer with the St. Louis Metropolitan Police Department,
while acting under color of law, willfully deprived an arrestee in his custody of his Constitutional
right to be free from unreasonable force by physically assaulting the arrestee, to include putting
his firearm in the arrestee's mouth; that the defendant well knew that the arrestee had been
assaulted moments after being transported to the police station, but contrary to her obligations as
a prosecutor, filed charges including Attempted Escape against the arrestee without disclosing
knowledge of the assault to her colleagues and supervisors when making the charging decision,
and that the defendant then presented the charges to a judge without disclosing knowledge of the

assault, knowing that disclosing the assault could affect said determination. The defendant

further allowed the charges to stand despite later learning that the facts that made out the

Attempted Escape charge were fabricated to cover for injuries the arrestee sustained during the

assault.

In violation of Title 18, United States Code, Section 4.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney
Western District of Missouri

DAVID M. KETCHMARK
Special Attorney to the United States
Attorney General

FARA GOLD
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice

UNITED STATES OF AMERICA     )
EASTERN DIVISION            )
EASTERN DISTRICT OF MISSOURI   )

     I, Fara Gold, Trial Attorney for the U.S. Department of Justice, being duly sworn, do say

that the foregoing information is true as I verily believe.

FARA GOLD
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice

    Subscribed and sworn to before me this 22nd day of October 2015.

CLERK, U.S. DISTRICT COURT

By: _____

    DEPUTY CLERK

3