FILED
OCT 2 6 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 18 U.S.C. § 4 |
| | ) | Misprision of a Felony |
| v. | ) | |
| | ) | |
| BLISS BARBER WORRELL | ) | 4:15CR00486 HEA |
| | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, Bliss Barber Worrell, the above named defendant, who is accused of violating 18 U.S.C § 4, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive on this 26th day of October, 2015, my right to require that this prosecution be commenced by the return of an Indictment handed down by a grand jury. As indicated by my signature on this document, I hereby consent that the criminal proceeding against me may be commenced by the filing of an Information by the United States Attorney rather than by the return of an Indictment by the grand jury.

Bliss Barber Worrell
Defendant

Paul D'Agrosa
Counsel for Defendant

Before: _____
United States District Court Judge